CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

MAZZARO COAL AND DISPOSAL COMPANY, Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Feb. 15, 1994.

COMMONWEALTH of Pennsylvania, HIGHER EDUCATION ASSISTANCE AGENCY (PHEAA), Appellant,

v.

STATE EMPLOYEES' RETIREMENT BOARD.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided Feb. 15, 1994.

Richard H. Glanton, Marilyn Heffley, Barbara R. Binis, Philadelphia, for PHEAA.

Jeffrey B. Clay, Harrisburg, for S.E.R.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, and MONTEMURO, JJ.

Robert O. Lampl, John P. Lacher, Pittsburgh, for Mazzaro Coal.

Ronald Skubecz, Harrisburg, for Atty. General's Office.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CAPPY, J., dissents.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.